UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No: 8:21-cv-116

**PHILLIP BURTON**

    **Plaintiff**

vs.

**UNITED STATES OF AMERICA**

    **Defendant**

_____/

## RE-NOTICE OF MEDIATION

COME NOW the Plaintiff, Phillip Burton, by and through his undersigned attorney, pursuant to the parties Joint Motion to Reschedule and this Court's having granted said Motion, and shows unto the Court that all parties in the above-styled cause of action have agreed to mediation scheduled for **Wednesday, July 13, 2022, at 9:00 a.m.** by Zoom Conference with Hilary High as mediator to attempt to achieve a settlement of this case.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Email on the 20th day of May, 2022 to:

Stephanie S. Leuthauser
United States Attorney's Office
Office of the United States Attorney
400 N Tampa St Ste 3200
Tampa, FL 33602-4798
Stephanie.Leuthauser@usdoj.gov
Joycelyne.Figueroa@usdoj.gov

REN/ MED  Case No: **8:21-cv-116**

Hilary High, Esquire
Hilary High, P.A.
5712 River Reserve Court
Tampa, FL 33619
Work: (813) 310-1742
hilarychigh@icloud.com

                        KENNETH J. BUSH, P.A.
                        Attorneys for the Plaintiff(s)
                        The Biltmore Offices
                        1200 Anastasia Avenue, Suite 340
                        Coral Gables, FL 33134
                        Tel: (305) 443-3795
                        Fax: (305) 443-3843
                        bush@kjbushlaw.com

BY _____/s/ Kenneth J. Bush_____
            KENNETH J. BUSH
            FLA BAR NO. 379352